**UNITED STATES of America, Appellee,**

v.

**Eddie Frank MARTIN, Appellant.**

**No. 11095.**

United States Court of Appeals Fourth Circuit.

Argued May 30, 1967.

Decided June 2, 1967.

Ralph A. Elmore II, Richmond, Va. (Court-appointed counsel), for appellant.

Michael Morchower, Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., on brief), for appellee.

Before BOREMAN, BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

The judgment below will be affirmed. See United States v. Kolakowski, 314 F. 2d 699 (4 Cir. 1963).

Affirmed.

**BIG Y SUPERMARKETS, INC., Plaintiff, Appellant,**

v.

**Frank W. McCULLOCH et al., Defendants, Appellees.**

**No. 6895.**

United States Court of Appeals First Circuit.

June 12, 1967.

Jay S. Siegel, Hartford, Conn., for appellant.

Michael N. Sohn, Washington, D. C., Attorney, with whom Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, and Gary Green, Marcel Mallet-Prevost, Asst. Gen. Counsel, Washington, D. C., Attorney, were on brief, for appellees.

Before ALDRICH, Chief Judge, McENTEE and COFFIN, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed on the opinion below. See also Greensboro Hosiery Mills, Inc. v. Johnston, 4 Cir., 1967, 377 F.2d 28 (5/12/67).

**UNITED STATES of America, Appellee,**

v.

**Lawrence GUFFEY, Appellant.**

**No. 11031.**

United States Court of Appeals Fourth Circuit.

Argued May 30, 1967.

Decided June 2, 1967.

Crawley B. Cash, Jr., Shelby, N. C. (Court-appointed counsel), for appellant.

Wm. Medford, U. S. Atty. (William M. Styles, Asst. U. S. Atty., on brief), for appellee.

Before BOREMAN, BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

We have examined the record and we find no reversible error. The judgment below is affirmed.

Affirmed.